Herman Friedl, appellee, v. Otto Luhr, appellant. **Gen. No. 30,793.**

Bill for dissolution of partnership and other relief. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 13, 1926. Rehearing denied and opinion slightly modified October 27, 1926.

Frank T. Huening, for appellant. Ernest G. Kusswurm and Oke L. Pearson, for appellee; Amos W. Marston, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Piatek, plaintiff in error. **Gen. No. 30,887.**

Prosecution for assault. Judgment of conviction. Error to the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed. Opinion filed October 13, 1926.

Edward N. Sherburne, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Thomas Cusack Company, appellee, v. Austin Construction Company, appellant. **Gen. No. 30,903.**

Action for negligent injury to property. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed with a finding of fact. Opinion filed October 13, 1926.

Abraham Lepine, for appellant; George C. Bliss, of counsel. Hummer, Buckley & Hummer, for appellee; Orville W. Lee, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Joseph Wierzbowski, appellee, v. George Belniak, appellant. **Gen. No. 30,926.**

Action for commission for services as real estate broker. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 13, 1926.

Ziv, Loomis & Silvertrust, for appellant. Thomas W. Bramhall, for appellee; Lyle L. Richmond, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.